UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Julianne Zappa,

          Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

          Defendant.
_____/

Case No. 20-cv-10729

Paul D. Borman
United States District Judge

Patricia T. Morris
United States Magistrate Judge

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF No. 8)

Now before the Court is the September 1, 2020 Report and Recommendation of Magistrate Judge Patricia T. Morris (ECF No. 8) recommending that the Court Dismiss with prejudice Plaintiff's Complaint for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

Having conducted a review of the Magistrate Judge's Report and Recommendation and there being no timely objections under 28 U.S.C. § 636(b)(1)

1

and E.D. Mich L.R. 72.1(b), the Court ADOPTS the Magistrate Judge's Report and Recommendation (ECF No. 8) and DISMISSES the Complaint WITH PREJUDICE. IT IS SO ORDERED.

Dated: November 6, 2020

s/Paul D. Borman
Paul D. Borman
United States District Judge